UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD KEITH DAVIS,            ) | |
| ) | |
| Plaintiff,          ) | |
| ) | CIVIL ACTION NO. |
| VS.                                         ) | |
| ) | 3:12-CV-2604-G (BK) |
| MAGISTRATE JUDGE DOROTHY  ) | |
| SHEAD, ET AL.,                         ) | |
| ) | |
| Defendants.        ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

The court **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the court adopts and incorporates by reference the Magistrate Judge's findings, conclusions and

recommendation. See *Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the findings and recommendation, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

**SO ORDERED**.

November 19, 2012.

_____
A. JOE FISH
**Senior United States District Judge**